| AO-10<br>Rev. 1/91 | **FINANCIAL DISCLOSURE REPORT** | Report Required by the Ethics<br>Reform Act of 1989, Pub. L. No.<br>101-194, November 30, 1989<br>(5 U.S.C.A. App. 6, §§101-111) |

| 1. Person Reporting (Last name, first, middle initial)<br>McLAUGHLIN, LINDA H. | 2. Court or Organization<br>U.S. DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | 3. Date of Report<br>3/20/92 |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br>NONE | 5. Report Type (check appropriate type)<br>X Nomination, Date 3/18/02<br>X Initial __ Annual __ Final | 6. Reporting Period<br>1/1/91 - 3/20/92 |

7. Chambers or Office Address
700 CIVIC CENTER DRIVE WEST
SANTA ANA, CA. 92702-1994

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| ☐ NONE (No reportable positions) | |
| - TRUSTEE | REVA MAE HODGE TRUST |
| - TRUSTEE | McLAUGHLIN CHILDRENS TRUSTS |
| - CO-TRUSTEE | HARRIS & VIOLA McLAUGHLIN CHILDRENS TRUSTS |

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| ☒ NONE (No reportable agreements) | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE<br>(Honoraria only) | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
| --- | --- | --- |
| ☐ NONE (No reportable non-investment income) | | |
| 1 | AMERON/NO. TRUST - PENSION (S) | $ |
| 2 | BP CHEMICALS (HITCO) - WAGES (S) | $ |
| 3 | STATE OF CALIFORNIA - JUDGE | $ 71,941.70 |
| 3 | COUNTY OF ORANGE - JUDGE | $ 12,332.32 |
| 3 | | $ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Mc LAUGHLIN, LINDA H. | 3/20/9z |

## IV. REIMBURSEMENTS and GIFTS -- transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements or gifts) - EXEMPT | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☐ NONE (No such reportable gifts) - EXEMPT | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☒ NONE (No reportable liabilities) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

* VALUE CODES: J = $15,000 or less   K = $15,001 to $50,000   L = $50,001 to $100,000   M = $100,001 to $250,000
N = $250,001 to $500,000   O = $500,001 to $1,000,000   P = More than $1,000,000

Digitized by Google

FINANCIAL DISCLOSURE REPORT (cont'd)

| Name of Person Reporting | Date of Report |
|---|---|
| McLAUGHLIN, LINDA H. | 3/30/92 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code¹ (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code² (J-P) | (2) Value Method Code³ (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code² (J-P) | (4) Gain Code¹ (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| ALLIED SIGNAL - COMMON (DC) | A | DIV | J | T | EXEMPT | | | | EXEMPT |
| AMERITECH – " (DC) | A | " | J | T | | | | | |
| AM. ELECTRIC – " (DC) | B | " | J | T | | | | | |
| AMERON – " (T) | A | " | J | T | | | | | |
| BANK AMERICA – " (DC) | A | " | T | T | | | | | |
| BELL SOUTH – " (DC) | A | " | J | T | | | | | |
| BELL ATLANTIC – " (DC) | A | " | J | T | | | | | |
| CAN. PAC. – " (S) (DC) | B | " | K | T | | | | | |
| CONSOL. NAT GAS – " (DC) | Q | " | L | T | | | | | |
| CENT MAINE PWR – " (DC) | A | " | J | T | | | | | |
| DIAMOND SHAMROCK – " (DC) | A | " | J | T | | | | | |
| EATON – " (DC) | A | " | J | T | | | | | |
| EXXON – " (DC) | D | " | M | T | | | | | |
| GA. PAC. – " (DC) | A | " | J | T | | | | | |
| LA. PAC. – " (DC) | A | " | J | T | | | | | |
| MCN – " (DC) | A | " | J | T | | | | | |
| NO STATES PWR – " (DC) | B | " | K | T | | | | | |
| NYNEX – " (DC) | A | " | J | T | | | | | |
| OHIO ED – " (DC) | D | " | M | T | | | | | |
| ONEOK – " (DC) | A | " | L | T | | | | | |

| 1 Income/Gain Codes: (See Col. B1 & D4) | A=$1,000 or less | B=$1,001 to $2,500 | C=$2,501 to 5,000 | D=$5,001 to $15,000 |
|---|---|---|---|---|
| | E=$15,001 to $50,000 | F=$50,001 to $100,000 | G=$100,001 to $1,000,000 | H=More than $1,000,000 |
| 2 Value Codes: (See Col. C1 & D3) | J=$15,000 or less | K=$15,001 to $50,000 | L=$50,001 to $100,000 | M=$100,001 to $250,000 |
| | N=$250,001 to $500,000 | O=$500,001 to $1,000,000 | P=More than $1,000,000 | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal | S=Cost (real estate only) | S=Assessment | T=Cash/Market |
| | U=Book Value | V=Other | W=Estimated | |

Digitized by Google

FINANCIAL DISCLOSURE REPORT (cont'd)

Name of Person Reporting: McLAUGHLIN, LINDA H.

Date of Report: 3/20/92

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | EXEMPT | | | | EXEMPT |
| PACIFICORP - COMMON (DC) | D | DIV | L | T | | | | | |
| PAC TELESIS - " (DC) | A | " | J | T | | | | | |
| SO WEST BELL - " (DC) | A | " | J | T | | | | | |
| SCE - " (DC) | B | " | K | T | | | | | |
| TENNECO - " (DC) | D | " | L | T | | | | | |
| TELMEX - " (DC) | A | " | L | T | | | | | |
| UNION PAC - " (DC) | B | " | K | T | | | | | |
| U.S. WEST - " (DC) | A | " | J | T | | | | | |
| AT&T - " (DC) | B | " | L | T | | | | | |
| WEST DIG - " (J) | A | " | J | T | | | | | |
| BUNKER HILL - " (DC) | A | " | J | T | | | | | |
| PPE - " (DC) | A | " | J | T | | | | | |
| PRIMARK - " (DC) | A | " | J | T | | | | | |
| ILL PWR - " (DC) | C | " | K | T | | | | | |
| UMAA TAX EXEMPT FUND (J) | A | " | K | T | | | | | |
| SCUDDER CASH FUND (J)(DC) | C | " | K | T | | | | | |
| FIDELITY EUROPE FUND (J) | A | " | J | T | | | | | |
| FIMSA (J)(DC) | A | " | L | T | | | | | |
| SERIES EE BONDS (DC) | D | INT | M | T | | | | | |
| HUGO ESSEN FARMS (S) | D | DIV | M | W | | | | | |

1 Income/Gain Codes: (See Col. B1 & D4) A=$1,000 or less · B=$1,001 to $2,500 · C=$2,501 to 5,000 · D=$5,001 to $15,000
2 Value Codes: (See Col. C1 & D3) E=$15,001 to $50,000 · F=$50,001 to $100,000 · G=$100,001 to $1,000,000 · H=More than $1,000,000
J=$15,000 or less · K=$15,001 to $50,000 · L=$50,001 to $100,000 · M=$100,001 to $250,000
N=$250,001 to $500,000 · O=$500,001 to $1,000,000 · P=More than $1,000,000
3 Value Method Codes: (See Col. C2) Q=Appraisal · R=Cost (real estate only) · S=Assessment · T=Cash/Market
U=Book Value · V=Other · W=Estimated

Digitized by Google

FINANCIAL DISCLOSURE REPORT (cont'd)

Name of Person Reporting: McLAUGHLIN, LINDA H.

Date of Report: 3/20/92

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (includes those of spouse and dependent children; see pp. 18-27 of instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset claimed | B(1) Amount Code | B(2) Type (e.g., div., rent, int.) | C(1) Value Code | C(2) Value Method | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | D(1) Type (e.g. buy, sell, merger) | D(2) Date Mo. Day | D(3) Value Code | D(4) Gain Code | D(5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | EXEMPT | | | | EXEMPT |
| AASON SECURITIES-COMMON (X) | A | DIV | M | W | | | | | |
| WORLD SAVINGS (T) (DC) | D | INT | M | T | | | | | |
| CHEVRON - COMMON (DC) | A | DIV | J | T | | | | | |
| COAST FED (DC) | A | INT | J | T | | | | | |
| SCUDDER US TREAS FUND (DC) | D | INT | M | T | | | | | |
| NEW PERLP (DC) | A | INT | J | T | | | | | |
| DREXELWEBBER (DC) | C | INT | K | T | | | | | |
| GLENDALE FED - IRA | B | INT | K | T | | | | | |
| T. ROWE PRICE (DC) | B | " | K | T | | | | | |
| STATE CALIF 457 PLAN | B | " | M | T | | | | | |
| DONVAX SAVINGS IRA | A | " | J | T | | | | | |
| FIDELITY EQUITY IRA | A | " | K | T | | | | | |
| FIDELITY CASH IRA (J) | A | " | J | T | | | | | |
| BP SAVINGS EMPLOYEE PLAN (S) | B | " | K | T | | | | | |
| FIDELITY CASH (DC) | C | DIV | K | T | | | | | |

1 Income/Gain Codes: A=$1,000 or less   B=$1,001 to $2,500   C=$2,501 to $5,000   D=$5,001 to $15,000
(See Col. B1 & D4)   E=$15,001 to $50,000 ...
2 Value Codes: J=$15,000 or less ...
(See Col. C1 & D3)   M=$100,001 to $250,000 ...
3 Value Method Codes: Q=Appraisal   R=Cost (Real estate only) ...
(See Col. C2)   U=Book Value   V=Other   W=Estimated

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Mc LAuCHLiN, LiNDA H. | Date of Report<br>3/20/92 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

NONE

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _Linda H. McLaughlin_          Date 3/20/92

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

Digitized by Google

# FINANCIAL STATEMENT

## NET WORTH

---

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 471 | 200 | 00 | Notes payable to banks—secured | | | |
| U.S. Government securities—add schedule | 132 | 000 | 00 | Notes payable to banks—unsecured | | | |
| Listed securities—add schedule | 1 207 | 311 | 00 | Notes payable to relatives | | | |
| Unlisted securities—add schedule | 290 | 000 | 00 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | NONE | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid tax and interest | | | |
| Doubtful | | | | Real estate mortgages payable—add schedule | | | |
| Real estate owned—add schedule | 372 | 000 | 00 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | NONE | | | | | | |
| Autos and other personal property | 20 | 000 | 00 | Other debts—itemize: | | | |
| Cash value—life insurance | NONE | | | | | | |
| Other assets—itemize: | NONE | | | | | | |
| | | | | | | | |
| | | | | Total liabilities | | NONE | |
| | | | | Net worth | | | |
| Total assets | 2 385 | 311 | 00 | Total liabilities and net worth | 2 385 | 311 | 00 |

| CONTINGENT LIABILITIES | NONE | GENERAL INFORMATION | |
|---|---|---|---|
| As endorser, comaker or guarantor | | Are any assets pledged? (Add schedule.) | NO |
| On leases or contracts | | | |
| Legal Claims | | Are you defendant in any suits or legal actions? | NO |
| Provision for Federal Income Tax | | Have you ever taken bankruptcy? | NO |
| Other special debt | | | |

Digitized by Google